COUNTY TRUST COMPANY, Respondent, *v.* KENNETH C. QUENCER, as Ancillary Representative of the Estate of EDWARD K. WINSLOW, Deceased, et al., Appellants, and LILLIAN F. HENKLE et al., Respondents.

Argued June 6, 1946; decided July 23, 1946.

*Bern Budd, Kenneth C. Quencer* and *Bern Budd, Jr.,* **for** appellants.

*Edward H. Spencer* and *Melber Chambers* for defendants-respondents, except Ethel Shaw Murray, as administratrix.

Judgment affirmed, with one bill of costs to defendants-respondents payable out of the trust fund under the trust indenture of March 17, 1939. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.